**No. 47192.**—Protest 67775–K of Bernhard Ulmann Co., Inc. (New York).

Opinion by Keefe, J. From an examination of the papers in question the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the action of the collector. The protest was overruled